FILED
2014 Jan-15  AM 11:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| United States of America, | ] |
| Plaintiff, | ] |
| vs. | ] |
| | ] 12-501-LSC-TMP |
| Biniam Asghedom, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge entered the 31st day of December, 2013 (Doc. 44) denying the Motions to Suppress filed by the Defendant on November 6, 2013 (Doc. 31) and on November 11, 2013 (Docs. 33, 34).  In addition, this court has made a de novo determination of those findings and portions objected to by the Defendant.

It is Ordered that the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge entered the 31st day of December, 2013 be accepted as entered.  This court adopts the report and recommendation as the Order of this court as if the same were set

forth at this point *in extenso*. The Motions to Suppress filed by the Defendant (Docs. 31, 33, 34) are DENIED.

Done this 15th day of January, 2014.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE