FILED
2014 Jan-15  AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| United States of America, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] |
| | ] 12-501-LSC-TMP |
| Biniam Asghedom, | ] |
| | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge entered the 21st day of October, 2013 (Doc. 29) denying the Motion to Suppress filed by the Defendant on August 7, 2013 (Doc. 25).  In addition, this court has made a de novo determination of those findings and portions objected to by the Defendant.

It is Ordered that the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge entered the 21st day of October, 2013 be accepted as entered.  This court adopts the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*. The Motion to Suppress filed by the

Defendant on August 7, 2013 (Doc. 25) is DENIED.

Done this 15th day of January, 2014.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE